UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 14-cr-00347-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      PABLO GUTIERREZ-TOLEDO,

        Defendant.

## ORDER

THIS MATTER is before the Court on the Government's Motion To Disclose A Copy Of The Grand Jury Transcript To Defense Counsel (Motion) **(#41)**. Having reviewed the Motion, the Court finds that it should be granted. Therefore,

**IT IS ORDERED** that the Government's Motion is **GRANTED**, and this Court authorizes the Government to disclose a copy of the grand jury transcript in this matter to defense counsel. It is

**FURTHER ORDERED** that defense counsel **SHALL ADHERE** to the following conditions regarding the grand jury transcript:

    1.    Defense counsel **SHALL** make only such copies as are necessary to prepare a defense to the charge in this case;

    2.    Defense counsel **SHALL** keep a written record concerning how many copies were made, to whom those copies were delivered, the date of delivery, and

        defense counsel **SHALL** deliver a copy of this Order authorizing disclosure to the person(s) to whom the transcript is disclosed;

3. Defense counsel **SHALL** provide the defendant with reasonable access to the transcript, but defense counsel **SHALL NOT** allow the defendant to retain any copy of the transcript;

4. No other person, other than defense counsel, shall make a copy of the transcript, for any purpose; and,

5. At the conclusion of this case in this Court by entry of judgment, defense counsel **SHALL** collect all copies of the transcript, including the copy tendered by the Government, and **SHALL** return such copies to the Government within 10 days of entry of judgment.

DATED this 17th day of November, 2014.

                                                    **BY THE COURT:**

                                                    *Marcia S. Krieger*
                                                    _____

                                                    Marcia S. Krieger
                                                    Chief United States District Judge