**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover<br>Court Reporter: Terri Lindblom<br>Interpreter: Catherine Bahr | Date: November 17, 2014 |

Criminal Action No. 14-cr-00347-MSK

*Parties*:

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PABLO GUTIERREZ-TOLEDO,

        Defendant.

*Counsel Appearing:*

Jason St. Julien
Suneeta Hazra

Harvey Steinberg

---

**COURTROOM MINUTES**

---

HEARING:    Motions

**1:13 p.m.    Court in session.**

Defendant present in custody.

Interpreter sworn.

The Court addresses setting defendant's Motion to Suppress Statements (**Doc. #27**) for hearing.

Statements from counsel.

ORDER:    Suppression hearing set for three (3) hours on **January 28, 2015 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO

The Court addresses defendant's Motion for Disclosure of 404(b) Evidence (**Doc. #22**).

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Argument.

ORDER:   Defendant's Motion for Disclosure of 404(b) Evidence (**Doc. #22**) is **GRANTED.**

The Court addresses defendant's Motion for Disclosure of Government's Intent (**Doc. #23**).

Argument.

**ORDER**:   Defendant's Motion for Disclosure of Government's Intent (**Doc. #23**) is **GRANTED.**

The Court addresses defendant's Motion for Release of Brady Materials (**Doc. #24**).

Argument.

**ORDER:**   Defendant's Motion for Release of Brady Materials (**Doc. #24**) is **GRANTED.**

The Court addresses defendant's Motion for Disclosure (**Doc. #25**).

Argument.

**ORDER:**   Defendant's Motion for Disclosure (**Doc. #25**) is **GRANTED.**

The Court addresses defendant's Motion to Preserve Tapes and Notes (**Doc. #26**).

**ORDER:**   Defendant's Motion to Preserve Tapes and Notes (**Doc. #26**) is **GRANTED pursuant to the stipulation of the parties.**

**ORDER:**   Jury Trial (3 days) is set to commence on **March 2, 2015 at 8:30 a.m.** and a Final Trial Preparation Conference on **February 26, 2015 at 3:00 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.  All subsequent days of trial will begin at 8:30 a.m., unless counsel are notified otherwise.

**ORDER:**   Defendant is remanded to the care and custody of the United States Marshal Service.

**1:26 p.m.**   **Court in recess.**

**Total Time:   13 minutes.**
**Hearing concluded.**