IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date: February 8, 2016
Court Reporter:   Terri Lindblom
Probation Officer: Michelle Means
Interpreter:      Marcela Salazar

Criminal Action No. 14-cr-00347-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Jason S. Julien

          Plaintiff,

v.

PABLO GUTIERREZ-TOLEDO,                 Ariel Benjamin

          Defendant.
_____

SENTENCING MINUTES
_____

**9:02 a.m.        Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on October 15, 2015.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  (**Doc. #86**, **Doc. #88**) Argument.

Allocution. - Statements made by: The Government, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Decrease for Acceptance of Responsibility (**Doc. #89**) is **DENIED**.

**ORDER:** The Government's Motion for Departure (variance) **(Doc. #86)** is **DENIED.**

**ORDER:** The Defendant's Motion for Non-Guideline Sentence **(Doc. #88)** is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

Defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:48 a.m.**   **Court in recess.**

Total Time:   42 minutes.
Hearing concluded.